

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00492-CR

Oscar Mauricio Paredes **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR10052
Honorable Melisa C. Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED December 5, 2018.

_____
Patricia O. Alvarez, Justice